CO-386
10/2018

# United States District Court
# For the District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY )
378 N. Main Avenue )
Tucson, AZ 85701 )
 )
                        Plaintiff )    Civil Action No._____
             vs )
U.S. DEPT. OF HEALTH & HUMAN SERVICES, )
200 Independence Avenue SW )
Washington, D.C. 20201 )
 )
                      Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Center for Biological Diversity____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for Biological Diversity_____ which have any outstanding securities in the hands of the public:

    N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Amy R. Atwood Greenwald
_____
Signature

D.C. Bar No. 470258_____
BAR IDENTIFICATION NO.

/s/ Amy R. Atwood Greenwald_____
Print Name

P.O. Box 11374_____
Address

Portland, Oregon 97211_____
City        State        Zip Code

971-717-6401_____
Phone Number