FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Center for Biological Diversity )
*Plaintiff* )
)
v. ) Civil Action No. 1:25-cv-01662-JMC
)
U.S. Department of Health and Human Services )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
200 Independence Avenue, SW
Washington, DC 20201

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy R. Atwood Greenwald
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/27/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Center for Biological Diversity )
*Plaintiff* )
)
v. )   Civil Action No. 1:25-cv-01662-JMC
)
U.S. Department of Health and Human Services )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy R. Atwood Greenwald
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/27/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Center for Biological Diversity )
*Plaintiff* )
)
v. )  Civil Action No. 1:25-cv-01662-JMC
U.S. Department of Health and Human Services )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney's Office for D.C.
Civil Process Clerk
601 D Street NW
Washington D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy R. Atwood Greenwald
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 5/27/2025

/s/ Nicole M. Wilkens
*Signature of Clerk or Deputy Clerk*