AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br>*Plaintiff*<br>v.<br>U.S. DEPT. OF HEALTH AND HUMAN SERVICES<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  25-cv-01662-JMC |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff CENTER FOR BIOLOGICAL DIVERSITY                               .

Date:    06/24/2025

/s/Jonathan Evans
*Attorney's signature*

Jonathan Evans, Bar No. CA00044
*Printed name and bar number*

CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St.
Suite 375
Oakland, CA 94612
*Address*

jevans@biologicaldiversity.org
*E-mail address*

(213) 598-1466
*Telephone number*

(510) 844-7150
*FAX number*