# Exhibit 1

Case No. 25-cv-01662-JMC

Electronic Certified Mail Receipts



June 2, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0023 1281 43**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | June 2, 2025, 4:49 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Pamela Bondi U S  Attorney General U S  Departme |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten: Justice 20530]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

June 2, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0023 1281 50**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | June 2, 2025, 4:49 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| Recipient Name: | Civil Process Clerk U S Attorney s Office for D |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten: Justice 20530]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



June 2, 2025

Dear Georgia Davis:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8118 9956 0023 1286 79**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | June 2, 2025, 7:53 am |
| **Location:** | WASHINGTON, DC 20201 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | U S  Dept  of Health and Human Service |

| Shipment Details | |
|---|---|
| **Weight:** | 4.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | T. Lucas / T. Lucas |
| Address of Recipient: | HHS 20201 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004