UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR BIOLOGICAL
DIVERSITY,

           Plaintiff,

       v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

           Defendant.

Civil Action No. 25-1662 (JMC)

**JOINT STATUS REPORT**

Pursuant to the Court's July 10, 2025, Minute Order, the Parties conferred and respectfully submit the following joint status report on this Freedom of Information Act ("FOIA") case:

1.      On March 25, 2025, Plaintiff submitted a FOIA request to Defendant Department of Health and Human Services ("HHS"), seeking records pertaining to the Secretary of HHS's schedules and calendars, as well as his Chief of Staff and Deputy Chief of Staff's schedules and calendars. ECF No. 1 at 5.

2.      On April 10, 2025, Plaintiff submitted a FOIA request to HHS seeking records related to the U.S. Department of Agriculture's Dietary Guidelines for Americans. *Id.* at 5-6.

3.      HHS has begun searches for potentially responsive documents for both requests. Due to the breadth of the requests and various HHS offices involved, HHS anticipates the searches to take approximately six to eight weeks. Once the searches are complete, HHS will begin its review and begin making interim productions of non-exempt responsive material.

4.      The parties jointly propose that the parties be ordered to file a further Joint Status Report on or before October 22, 2025, and every ninety days after, until HHS's productions are

complete, at which case the parties will propose a schedule for summary judgment briefing if necessary.

Dated: July 24, 2025                                      Respectfully submitted,

*/s/ Jonathan Evans*                                        JEANINE FERRIS PIRRO
JONATHAN EVANS                                      United States Attorney
Center for Biological Diversity
2100 Franklin St., Suite 375                         By:  /s/ *Kaitlin K. Eckrote*
Oakland, CA 94612                                            KAITLIN K. ECKROTE
(213) 598-1466                                                   D.C. Bar #1670899
                                                                        Assistant United States Attorney
*Counsel for Plaintiff*                                        601 D Street NW
                                                                        Washington, D.C. 20530
                                                                        (202) 252-2485
                                                                        Kaitlin.eckrote@usdoj.gov

                                                                        *Attorneys for the United States of America*