UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                  Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                  Defendant. | Civil Action No. 25-1662 (JMC) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED the parties shall file their next Joint Status Report on October 22, 2025, and every ninety days after, until HHS's production of documents is complete.

SO ORDERED:

_____                              _____
Dated                                                              United States District Judge